**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
 GLENN LAWERANCE FORD,

                              Plaintiff,

                -against-                                                    25 **CIVIL** 7056 (GBD)

                                                                                  **JUDGMENT**

DOORDASH INC.; LISA L.,

                              Defendants.
---------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 8, 2026, the Court has dismissed the federal claims for

failure to state a claim on which relief may be granted, see 28 U.S.C. § 1915(e)(2)(B)(ii);

declines supplemental jurisdiction of the state law claims, 28 U.S.C. § 1367(c)(3); and has

dismissed without prejudice the state law claims for lack of subject matter jurisdiction, Fed. R.

Civ. P. 12(h)(3). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order

would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

        June 22, 2026

                                                        **TAMMI M. HELLWIG**
                                                        _____
                                                               **Clerk of Court**

                                        **BY:**        K. mango
                                                        _____
                                                              **Deputy Clerk**